In the Matter of the Claim of EDWARD SCHILLER, Respondent, against RAYMOND STATTLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of LILLIAN CASNER, Respondent, against SAMUEL H. GOLDING &/or SUE GOLDING and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of EMMA OEHLKE, Respondent, against HARRY LEHDER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of RAY LIND, Respondent, against HARVEY ROBERTS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of FRANCES RAWLINS, Respondent, against L. OTTMAN and H. WALTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Mrs. A. BARANSKA, Respondent, against ROBERT K. GLASS & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of FRED KAHNT, Respondent, against PROVIDENCE RETREAT, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of FLOYD RALSTON, Respondent, against NEW YORK STATE ELECTRIC AND GAS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of LOUISE GRAZIADEI, Respondent, against YANKEE POLISH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of RAE BERMAN, Respondent, against B. WASSERMAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MARY R. FINNEGAN, Respondent, Appellant, against CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEW YORK and Another, Appellants, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion of the employer for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.